## DECLARATION

I am a Task Force Officer with the Drug Enforcement Administration and the agent assigned responsibility of this case.

I have read the contents of the foregoing complaint for forfeiture and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _1_ day of _July_____, 2014.

_____
William T. Conrad
Task Force Officer
Drug Enforcement Administration