# Exhibit C



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W.*
*Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*

*(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)*

September 17, 2015

Angela Erickson
Institute for Justice
901 N Glebe Rd, Suite 900
Arlington, Virginia  22203

        Re: Request Number: FOIA-2015-02982
        Date of Receipt: June 26, 2015
        Subject: FY 2013-2014 Direct/Total Allocation Worksheets etc. USAO Eastern KY

Dear Ms. Erickson:

        The purpose of this letter is to acknowledge receipt of your Freedom of Information
Act/Privacy Act request dated **June 16, 2015** and received in the Executive Office for United
States Attorneys (EOUSA) on <u>June 26, 2015</u>.  You requested records concerning FY 2013-2014
Direct/Total Allocation Worksheets etc. USAO Eastern KY.  Your request has been assigned
Tracking Number FOIA-2015-02982.

        For your information, EOUSA assigns incoming requests to one of three tracks: simple,
complex, or expedited.  Each request is then handled on a first-in, first-out basis in relation to
other requests in the same track.  As an estimate, the likely median response time for simple
requests is approximately 30 business days, whereas complex requests necessarily take longer.
At this time, your request has been assigned to the Complex track.

        Please be advised that there may be certain costs associated with processing your request.
Consequently, you may be responsible for paying those costs, unless you have requested and
been granted a waiver or reduction in fees.  In most instances, the first 100 pages to duplicate and
the first two hours to search for records responsive to your request, will be provided to you free
of charge.  Thereafter, search and review fees by professional personnel are charged at $40 per
hour and duplication fees are assessed at five cents per page.

        Requests that are specific, concrete and of limited scope (in time and/or subject matter)
generally enable us to respond to you more quickly and possibly assess less fees.  You may
decide to limit or reduce the estimated fees, or obtain a quicker response, by modifying your
request in one or more ways specified in the attachment to this letter.  If after making those

allowances we determine that the cost to process your request will amount to more than $25.00, we will notify you in writing at a later date.

If you have any questions regarding any aspect of your case, you may contact EOUSA by telephone or in writing using the contact information listed above.  Please refer to your assigned tracking number, should you contact EOUSA seeking information about your request.

Sincerely,

Susan B. Gerson
Assistant Director

Attachment

Form No. 001 - 6/12

2

**<u>THIS IS NOT A BILL.  DO NOT SEND MONEY</u>**

Angela Erickson    FOIA-2015-02982

**CHOOSE ONE**

_____ Please do not search any longer.  I understand that I am entitled to the first 100 pages free. Please do not search beyond two hours, nor duplicate beyond 100 pages.

_____I wish to withdraw my request.

_____I wish to modify my request in an attempt to reduce fees or to obtain a quicker response, as follows:

_____

_____

_____

_____

_____

_____I agree to pay up to the following amount for search time:  $_____
**I understand that this payment is required even if no documents are located or released to me**.  In the event that documents are located and released to me, I understand that I may be charged duplication fees in addition to search fees.

_____          _____
Signature                                                              Date

Please return to:

EOUSA
FOIA/PA
600 E Street, N.W., Room 7300
Washington, DC 20530

3