# Exhibit 1

Supplemental Discovery

Exhibit B

DAGs

USA00397

**U.S. Department of Justice**      **Decision Form for Transfer of Federally Forfeited Property**

I.     TO BE COMPLETED BY INVESTIGATIVE BUREAU FIELD OFFICE

A. Investigative Agency Field Office: Cincinnati RO   B.
Requesting Agency Name: Multiple
Judicial District: Eastern District of KY
Name of AUSA : David Olinger
Address: 260 W. Vine St, Ste. 300, Lex, KY 40507
Telephone Number: (COMM) 859-233-2661
(FTS) 859-233-2658

Asset #: 14-DEA-594401, N-1
Case #: I9-14-0047
Seizure Date: 02-17-2014
Judicial District: KYE

C. Description of Property Subject to Sharing: (A separate DAG-72 must be initiated for each asset requested)

| Property | Identification Number | Appraised Value | Liens | Inv. Agency Expenses | U.S. Atty Expenses |
|---|---|---|---|---|---|
| $11,000.00 U.S. Currency | N/A | N/A | N/A | N/A | $0 | N/A | N/A |

D. Were other assets seized ?   Yes ☐ No ☑ If yes, please attach list.
E. Were other investigative agencies involved in this case ? Yes ☐ No ☑ If yes, please attach list.
F. Is an award, under 28 USC 524(c)(1)(C), anticipated in this case ? Yes ☐ No ☑ If yes, see II(D) and III(E) below.

G. Recommendation of Field Office:
Estimate the percentage of the requestor's participation in this investigation: 79.91%
Recommend how the property identified in Part C above should be equitably distributed. Your signature below certifies that the information provided is complete and accurate.

Recommendation: ☑ Grant ☐ Deny   Recommendation Type: ☐ Item ☑ Cash / Proceeds

Recipient Agency(s): 79.91% See Attached List
___% ___%

Tracey S. Haig/RAC   _TSHaig_   04-14-2014
Official / Title    Date

II.    TO BE COMPLETED BY INVESTIGATIVE BUREAU HEADQUARTERS

A. Recommend ☐ Decide ☐ (Check one)
B. Concur with above recommendation: Yes ☑ No ☐ (If no, complete "C")
D. Award Paid ___ (See I(F) above)
E. Federal Share $ ___

C. Recommendation: ☐ Grant ☐ Deny   Recommendation Type: ☐ Item ☐ Cash / Proceeds
Recipient Agency(s): ___% ___% ___%

_Linda Kannam_   JUN 0 3 2014
Designated Official / Title   Date

III.   TO BE COMPLETED BY UNITED STATES ATTORNEY

A. Recommend ☐ Decide ☐ (Check one)
B. Forfeiture Contested Yes ☐ No ☐
C. Concur with above recommendation: Yes ☐ No ☐ (If no, complete "D")
E. Award Paid $ ___ (See I(F) above)
F. Federal Share $ ___

D. Recommendation: ☐ Grant ☐ Deny   Recommendation Type: ☐ Item ☐ Cash / Proceeds
Recipient Agency(s): ___% ___% ___%

Designated Official / Title   Date

FORM DAG-72 DEC. 90

USA00398

DAG-72 ATTACHMENT FOR MULTIPLE SHARING AGENCIES:

 

SEIZURE # __14-DEA-594401, N-1__

DESCRIPTION OF PROPERTY: __$11,000.00 U.S. Currency__

RECOMMENDATION OF FIELD OFFICE:      RECIPIENT AGENCIES

| CASH/PROCEEDS: | | |
|---|---|---|
| _3.07_ % | Attorney General of Ohio/BCI & I |
| _3.07_ % | Butler County Sheriff's Department |
| _3.07_ % | Boone County Sheriff's Department |
| _3.07_ % | Covington Police Department |
| _3.07_ % | Colerain Township Police Department |
| _40_ % | Cincinnati/Northern Kentucky Airport P.D. |
| _3.07_ % | Florence Police Department |
| _3.07_ % | Kentucky State Police |
| _3.07_ % | Kenton County Police Department |
| _3.07_ % | Norwood Police Department |
| _3.07_ % | Ohio State Highway Patrol |
| _3.07_ % | West Chester Township Police Department |
| _6.14_ % | Cincinnati Police Department |
| _____ % | |
| _____ % | |

INVESTIGATIVE BUREAU HEADQUARTERS :   DECIDE: _____     RECOMMEND: _____

CONCUR WITH ABOVE FIELD RECOMMENDATION:  YES ☐     NO ☐  (IF NO, SEE BELOW)

| CASH/PROCEEDS: | |
|---|---|
| _____ % | |
| _____ % | |
| _____ % | |
| _____ % | |
| _____ % | |
| _____ % | |
| _____ % | |
| _____ % | |
| _____ % | |
| _____ % | |
| _____ % | |
| _____ % | |
| _____ % | |
| _____ % | |

USA00399