## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## NORTERN DIVISION
## COVINGTON

**CIVIL ACTION NO. 14-125-WOB-JGW**

**UNITED STATES OF AMERICA**                                        **PLAINTIFF**

**V.**

**$11,000.00 IN UNITED STATES CURRENCY**                    **DEFENDANT**


### CERTIFICATION PURSUANT TO LOCAL RULE 37.1


Counsel for the United States and Counsel for the Claimant corresponded via email on January 29th, 2016 and discussed the matter telephonically on February 1, 2016 in an attempt to resolve this discovery dispute. The parties were unable to do so.

Following the Court's February 2, 2016 Order [R. 62], which "strongly urge[d]" the parties to again attempt to resolve their discovery dispute, the parties again discussed the dispute telephonically on February 8, 2016. The parties were again unable to reach a resolution.

Dated: February 9, 2016


_/s/ Brandon L. Fyffe_____
Brandon L. Fyffe