**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br> v.<br><br>$11,000 IN UNITED STATES CURRENCY<br><br>    Defendant,<br><br>and<br><br>CHARLES L. CLARKE, II<br><br>    Claimant. | Civil Action No. 2:14-cv-00125-WOB-JGW<br><br>**CLAIMANT'S MOTION TO SUPPRESS CELL PHONE EVIDENCE** |

  Claimant Charles L. Clarke, II moves to suppress and exclude all evidence obtained as a result of the United States' search of Mr. Clarke's cell phone. In support of this motion, Mr. Clarke states as follows:

  1. On February 17, 2014, Cincinnati/Northern Kentucky Airport Police Detective Christopher Boyd and Drug Enforcement Administration Task Force Agent William T. Conrad seized Mr. Clarke's cell phone along with $11,000. In this action to civilly forfeit Mr. Clarke's money, the United States seeks to rely on digital pictures obtained from Mr. Clarke's cell phone.

  2. Mr. Clarke now seeks to suppress and exclude these pictures retrieved from his cell phone on the grounds that the family court judge who issued the search warrant did not have a substantial basis for concluding that probable cause existed. Because the authorizing search warrant was not supported by probable cause, the search violated the Fourth Amendment to the United States Constitution.

3. Specifically, the facts contained in the affidavit in support of the search warrant (the "Boyd Affidavit") fall woefully short of establishing probable cause to search Mr. Clarke's cell phone for evidence of drug trafficking.

4. At most, the averments in the Boyd Affidavit establish probable cause of drug *use*, not drug *trafficking*. As a matter of law, this is insufficient to search the entire digital contents of Mr. Clarke's cell phone, which contained over 1,000 pictures chronicling every detail of Mr. Clarke's life, "from the mundane to the intimate." *Riley v. California*, 134 S. Ct. 2473, 2490 (2014) (recognizing that cell phone searches "expose to the government to far *more* than the most exhaustive search of a house") (emphasis in original).

5. Even if the Boyd Affidavit does contains sufficient facts to establish probable cause of drug trafficking, facts omitted from the affidavit but known to Detective Boyd at the time he applied for a search warrant, overcome that showing.

6. Accordingly, this Court should exclude the unconstitutionally obtained photographs and text messages. *See One 1958 Plymouth Sedan v. Commonwealth of Pennsylvania*, 380 U.S. 693, 696 (1965) (holding exclusionary rule applies to civil-forfeiture proceedings).

7. The United States cannot take advantage of the good-faith exception announced in *United States v. Leon*, 468 U.S. 897 (1984) because: (a) Detective Boyd failed to include material information in his affidavit; (b) the Boyd Affidavit is so bare bones that no reasonable officer would have relied on the warrant; and (c) the Boyd Affidavit's facts barely rise to the level of reasonable suspicion that the lack of probable cause is obvious.

8. Suppression and exclusion is sought in good faith and with good cause.

9. In further support of this motion, Mr. Clarke submits and incorporates by reference the following:

    (i) Memorandum in Support of Claimant's Motion to Suppress Cell Phone Evidence;

    (ii) Declaration of Darpana Sheth with attached Exhibits 1–6; and

    (iii) Declaration of Gary Leff.

10. For the foregoing reasons, Mr. Clarke respectfully requests this Court to grant this motion and suppress and exclude from this action all evidence obtained from the unconstitutional search of his cell phone.

11. Mr. Clarke requests oral argument.

12. A Proposed Order granting this motion is also attached.

Respectfully submitted,

/s/ Darpana M. Sheth
Darpana M. Sheth*
Renée D. Flaherty*
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax:   (703) 682-9321
Email: dsheth@ij.org
       rflaherty@ij.org
*Admitted pro hac vice*

Christopher D. Wiest (KBA 90725)
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd, Suite 104
Crestview Hills, KY 41017
Phone: (513) 257-1895
Fax:   (859) 495-0803
Email: chris@cwiestlaw.com

*Attorneys for Mr. Clarke*

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2016, a true and correct copy of the foregoing **CLAIMANT'S MOTION TO SUPPRESS CELL PHONE EVIDENCE** was filed via the CM/ECF system, which will provide notice of service upon all counsel and attorneys of record.

/s/ Darpana M. Sheth
Darpana M. Sheth