UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br>v.<br>$11,000 IN UNITED STATES CURRENCY<br><br>Defendant,<br>and<br>CHARLES L. CLARKE, II<br><br>Claimant. | Civil Action No. 2:14-cv-00125-WOB-JGW<br><br>**DECLARATION OF DARPANA M. SHETH IN SUPPORT OF CLAIMANT'S MOTION TO SUPPRESS CELL PHONE EVIDENCE** |

Pursuant to 28 U.S.C. § 1746(2), I, Darpana M. Sheth, declare the following:

1.  I am a citizen of the United States and a resident of the District of Columbia. I am over eighteen years of age and fully competent to make this declaration, which I make based on my personal knowledge.

2.  I am an attorney with the Institute for Justice, which represents Mr. Clarke in the above-captioned action. I knowingly and voluntarily submit this declaration in support of Claimant's Motion to Suppress Cell Phone Evidence.

3.  Attached as Exhibit 1 to this declaration is a true and correct copy of the search warrant for Mr. Clarke's cell phone, which was produced by the United States in discovery on June 26, 2015.

4.  Attached as Exhibit 2 to this declaration is a true and correct copy of Detective Boyd's Affidavit for Search Warrant, which was produced by the United States in discovery on June 26, 2015.

1

5. Attached as Exhibit 3 to this declaration is a true and correct copy of Mr. Clarke's February 18, 2014 handwritten account of the seizure, which was produced to the United States in discovery on February 2, 2016.

6. Attached as Exhibit 4 to this declaration is a true and correct copy of excerpts from the transcript of the January 20, 2016 deposition of Christopher Boyd.

7. Attached as Exhibit 5 to this declaration is a true and correct copy of excerpts from the transcript of the January 21, 2016 deposition of William T. Conrad.

8. Attached as Exhibit 6 to this declaration is a true and correct copy of excerpts from the transcript of the February 2, 2016 deposition of Charles L. Clarke, II.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2016

By: *Darpana M. Sheth*
Darpana M. Sheth