# Exhibit 1

Case: 2:14-cv-00125-WOB-JGW   Doc #: 67-3   Filed: 03/10/16   Page: 1 of 3 - Page ID#: 810

Search Warrant
Page ____



## SEARCH WARRANT

| COMMONWEALTH OF KENTUCKY | BOONE COUNTY |
| Ky. Const. Section 10; Rcr 13.10 | DISTRICT/CIRCUIT COURT |

### TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:

Proof by affidavit having this day been made before me by Detective Chris Boyd, a peace officer at the Cincinnati/Northern Kentucky Airport Police Department in the Investigations Section that there is reasonable and probable cause for the issuance of this Search Warrant as set out in the affidavit attached hereto and made a part hereof as if fully set forth herein; you are commanded to make immediate search of one (1) cell phone described as:

One (1) white and silver, Apple IPhone 4S phone, Model# A1387.



**Currently located at:**

Cincinnati/Northern Kentucky Airport Police Department, 3222 Terminal Drive, Hebron, Kentucky, 41048, which is located in Boone County, KY

**The following described evidence, to-wit:**

USA00204

Search Warrant
Page ____

Any and all electronic data contained within the following items, including, but not limited to, call log history, SMS history, images, videos, voice recordings, or any other electronic data retained within the electronic memory devices of these items or their peripherals; taken as evidence at the Cincinnati-Northern Kentucky International Airport Police Department

Any and all electronic communications provided within the cell phone relating to or involving the possession, sale or transfer of drug trafficking. The communications will include phone numbers and text messages.

Any and all documentation and records, whether on paper or stored on magnetic media (including information stored within a cell phone), disclosing, describing, referring, reflecting, or adverting to the sale or distribution of drug trafficking.

Any and all hardware, software and data including, but not limited to SIM cards, central processing units (CPU's), hard disks, hard disk drives, floppy disk drives, tape drives, CD-ROM drives, display screens, and any image capturing/reproducing devices, magnetic tapes, cassette tapes, and floppy disks found together or separately from one another.

Written documentation, whether typed or hand written, including, but not limited to, computer manuals and instructions for the use of any computers and their accessories found at the premises.

Any and all documentation and records, whether on paper or stored on magnetic media (including information stored within a computer), disclosing, describing, referring, reflecting, or adverting to contemplated, present or previous agreements, arrangements, inquiries, or discussions by **Charles L Clarke** with any individual or entity concerning: the selling, licensing, manufacturing, marketing, transferring, providing, furnishing, sampling, or examining of drug trafficking. Such information to be seized includes personal communications between individuals or entities who are not subject on the warrant, specifically including electronic communications residing on magnetic media, such as email, call logs, contact lists, or text messages.

**And if you find the above described property or any part thereof you will seize the evidence and deliver it forthwith to me or any other court in which the offense in respect to which the property or things taken is triable, or retain it in your custody subject to order of said court.**

On this the _19_ day of February 2014.

_____ Judge
_____ Court

Executed on this the _20th_ day of ~~February~~ March 2014, by _Chris Boyd_ by searching said premises/property described herein and by seizing the following: