# Exhibit 2

Affidavit for Search Warrant
Page 1



### AFFIDAVIT FOR SEARCH WARRANT

| COMMONWEALTH OF KENTUCKY | BOONE COUNTY |
|---|---|
| Ky. Const. Section 10; Rcr 13.10 | DISTRICT/CIRCUIT COURT |

**Comes the Affiant, and states that the information contained herein was received and made in his capacity as a Peace Officer, Affiant's name is Chris Boyd , a Peace Officer at the Cincinnati/Northern Kentucky Airport Police Department in the Investigation Section, and the Affiant believes that there is now on or in the premises known as:**

Cincinnati-Northern Kentucky International Airport Police Department located at 3222 Terminal Drive, Hebron, Kentucky, 41048, in Boone County, KY

**And more particularly described as follows:**

One (1) white and silver, Apple IPhone 4S phone, Model# A1387.



USA00206

Affidavit for Search Warrant
Page 2

**The following described evidence, to-wit:**

Any and all electronic data contained within the following item, including, but not limited to, call log history, SMS history, images, videos, voice recordings, or any other electronic data retained within the electronic memory devices of this item or its' peripherals, taken as evidence at the Cincinnati-Northern Kentucky International Airport Police Department.

Any and all electronic communications provided within the cell phone relating to or involving the possession, sale, or transfer of illegal drugs. The communications will include phone numbers and text messages.

Any and all documentation and records, whether on paper or stored on magnetic media (including information stored within a cell phone), disclosing, describing, referring, reflecting, or adverting to the sale or distribution of drug trafficking.

Any and all hardware, software and data including, but not limited to SIM cards, central processing units (CPU's), hard disks, hard disk drives, floppy disk drives, tape drives, CD-ROM drives, display screens, and any image capturing/reproducing devices, magnetic tapes, cassette tapes, and floppy disks found together or separately from one another.

Written documentation, whether typed or hand written, including, but not limited to, computer manuals and instructions for the use of any computers and their accessories found at the premises.

Any and all documentation and records, whether on paper or stored on magnetic media (including information stored within a computer), disclosing, describing, referring, reflecting, or adverting to contemplated, present or previous agreements, arrangements, inquiries, or discussions by **Charles L Clarke** with any individual or entity concerning: the selling, licensing, manufacturing, marketing, transferring, providing, furnishing, sampling, or examining of drugs. Such information to be seized includes personal communications between individuals or entities who are not subject on the warrant, specifically including electronic communications residing on magnetic media, such as email, call logs, contact lists, or text messages.

**And to safely hold any thereof you may find until further order of a court of competent jurisdiction, said property constitution evidence of an offense against the peace and dignity of the COMMONWEALTH OF KENTUCKY.**

Affidavit for Search Warrant
Page 3

Affiant states that there is probable and reasonable cause to believe and affiant does believe that said property constitutes (Mark appropriate box or boxes):

___ Stolen or embezzled property;

_X_ property or things used as the means of committing a crime;

_X_ property or things in the possession of a person who intends to use it as a means of committing a crime;

_X_ property or things in the possession of a person to whom it was delivered for the purpose of concealing it or preventing its discovery and which is intended to be used as a means of committing a crime;

_X_ property or things consisting of evidence which tends to show that a crime has been committed or that a particular person has committed a crime.

_X_ contraband.

**Affiant has been an officer in the aforementioned agency for a period of four (4) years, and the information and observations contained herein were received and made in his capacity as an officer thereof.**

On Monday, 02/17/2014, at approximately 1430 hours DEA TFA Bill Conrad, and I received a tip from a Source of Information (SOI) that **Charles Clarke** purchased a one way trip ticket on 02/16/2014 and planned to travel on 02/17/2014, from a known drug user city/state Cincinnati, OH to a known Source city/state Orlando, FL. The SOI stated that when **Charles Clarke** checked in for his flight, his two checked bags had a very strong odor of marijuana emitting from them. The affiant conducted a consensual encounter with **Charles Clarke** in the gate area of A Concourse, gate 15.

**Acting on the information received, Affiant conducted the following independent investigation:**

During our consensual encounter, TFA Conrad and I asked **Charles Clarke** what his purpose of travel was and he stated that he was going back home to Florida. TFA Conrad asked **Charles Clarke** how much money he was traveling with and he answered around $11,000.00. TFO Conrad asked **Charles Clarke** why he had so much money in his possession. He replied that his mother gave him the money and it was his life savings. TFA Conrad asked him what he did for work and how much he made a year and he stated that he was unemployed but attended school. TFA Conrad asked **Charles Clarke** to take the money out of his pocket and place it on the table. The money was in several different denominations and was rubber-banded together in what appeared to

Affidavit for Search Warrant
Page 3

be $1,000.00 bundles. TFA Conrad and I noticed that **Clarke's** carry-on bag had a very strong odor of Marijuana emitting from it. During the search of **Charles Clarke's** person, Detective Boyd discovered a cellular phone that is believed to contain drug trafficking information. I informed **Charles Clarke** that due to his deceptive story and the marijuana odor emitted from his carry-on luggage, we would be detaining his money and cellular phone. TFA Conrad wrote **Clarke** a federal receipt for the currency and phone. The bundles of currency were transported to the Airport Police Department and placed in an area for a K-9 search. TFO Conrad and his K-9 partner "Joey" did a search for the currency. K-9 Joey showed a positive alert to the presence of narcotics on the currency. TFO Conrad and his K-9 partner Joey are up-to-date on their certification.

Affiant has undergone law enforcement training and training in drug trafficking investigations and believes that there is probable cause to believe that there is evidence related to drug trafficking located on this phone.

Affiant has reasonable and probable cause to believe that grounds exist for the issuance of a Search Warrant, based on the aforementioned facts, information and circumstances and prays that a Search Warrant be issued, that the property be seized, or any part thereof, and brought before any court and/or retained subject to order of said court.

_____
Chris Boyd, Detective
Cincinnati/Northern Kentucky Airport Police Department

Subscribed and sworn to before me on this the __19__ day of February 2014,

__12:08__ a.m./p.m.

_____
Title _____Judge_____