# Exhibit 3

2/18/13

I was sitting at the terminal when 2 white men approached me. One introduced himself as a DEA Agent and asked for my identification. He then told me about my bags being under suspicion, because of a <u>suspected</u> marijuana smell. I asked the DEA Agent if my bags were searched, he replied yes, and assured me they did not find anything. He then asked to search my carry on bag, and I agreed. The detective with the DEA Agent, grabbed my bag and started to roughly search my carry on. Again, they didn't find anything. The agent then begins to question me more. Asking questions like why was I here, who lives here that I know, and if I have any amount of money on me, and where I got that money from. I just so happened to have my <u>life savings</u>, that I've worked hard to build up. He told me to put the money on the table that was next to us. At this point I am still very upset, because I don't see a reason of why I'm still being searched and if they haven't found anything illegal in my possession. Both gentlemen proceed to try and intimidate, and force me to let them go through my phone. They ask for my passcode, and threatened to take my belongings to evidence. I have cooperated upto this point, but I'm very upset, because I was being targeted and wasn't left alone after they didn't find what they suspected me of having. I tell them they cannot go through my phone. The two men are visually angry and the DEA Agent says "that's it." He then starts to write out a receipt for my items (iPad, iphone, 11k), and asks me about the address on my i.d.. My mother had recently moved, and I didn't know any other address off the top of my head. I pleaded with them to let me get a number out my phone to find this information out for them. They refused, and kept trying to get the address and personal information off of me. I continue to ask if I did anything wrong, and why am I still being harassed if they didn't find what they were looking for. ~~This is when Detective Boyd grabbed my~~

Claimant0000039

The DEA Agent said they were then going to take my money. I'm very alarmed, because this is my <u>life savings</u>. So I just put my hands on the money, and continue to ask why they were taking it. There was no response for me other than "we need to make sure you paid taxes." The detective then grabbed my wrist, and whispered to me your under arrest. I stood up asking why, he replied "don't you ever touch me" out loud. I was pleading with people around to come to my defense, because I didn't put my hands on the detective. He did not read me my miranda rights. As I stood up one hand behind my back, my other arm was in the air as a sign of cooperation so I wouldn't touch the detective. I was being handled very roughly so it was difficult to stretch my arm behind my back as I was being told to. Cameras were present. (Gate A-15 us-airways) They then put a few of my belongings in bags, and took a couple pictures before transporting me off. Before embarrassly being taken off I pleaded with witnesses that were about to board their flight to be a witness to tell other authorative figures I did not do anything wrong. At one point during all this, both officers tried to talk over me saying it was on camera.

When being processed I requested for the video to be looked at, because it will show I was wrongfully arrested. I was blown off, and laughed at by the arresting officer, and a cop who was said to be a supervisor in the Airport police department.

I wasn't told what I was arrested for until they were taking pictures of me and my belongings.

**Claimant0000040**