UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>   v.<br><br>$11,000 IN UNITED STATES CURRENCY<br><br>        Defendant,<br><br>and<br><br>CHARLES L. CLARKE, II<br><br>        Claimant. | Civil Action No. 2:14-cv-00125-WOB-JGW<br><br>**DECLARATION OF GARY LEFF<br>IN SUPPORT OF CLAIMANT'S<br>MOTION TO SUPPRESS<br>CELL PHONE EVIDENCE** |

Pursuant to 28 U.S.C. § 1746(2), I, Gary Leff, declare the following:

1. I am fully competent to make this declaration. I knowingly and voluntarily make this declaration in support of Claimant's Motion to Suppress Cell Phone Evidence based on my personal knowledge and experience as one of the world's top travel specialists and my independent review of the market for flights from Cincinnati, Ohio to Orlando, Florida. If called as a witness, I could and would testify competently under oath as to the facts set forth below.

**Background**

2. Since 2002, I have been the author of *ViewFromTheWing.com*, a travel blog viewed one million times each month and recommended by *The Wall Street Journal* and *New York Times*. *Condé Nast Traveler* named me one of the leading travel specialists in the world, *Rolling Stone* magazine referred to me as "the godfather of the [frequent flyer] hobby," and *Business Insider* called me "an airline industry brainiac."

1

3. I have been profiled by *Town & Country*, *Washington Business Journal*, and *Executive Travel*, and quoted by *The New York Times*, *USA Today*, *CNN.com*, *ABCNews.com*, *NBCNews.com*, *Associated Press*, *Financial Times*, *San Francisco Chronicle*, *U.S. News & World Report*, and *Business Week*.

4. I am the co-founder of InsideFlyer.com, a community for frequent flyers with over 100,000 members and two million posts.

5. I run BookYourAward.com, a service that has booked over two billion miles of frequent-flyer award tickets.

6. I am the Chair of Nominations and emcee for the Freddie Awards, the major annual awards program for airline, hotel, and credit card loyalty programs.

7. I have moderated panels at Flightglobal industry conferences and provided the keynote address at an Airline Information conference.

8. On my blog, I have written about the seizure of money from Charles L. Clarke, II, and about other, similar currency seizures at airports. Gary Leff, *Man's Life Savings Confiscated at the Airport Because His Bag Smelled of Pot – And He's Not Alone*, View from the Wing (June 18, 2015), http://viewfromthewing.boardingarea.com/2015/06/18/mans-life-savings-confiscated-at-the-airport-because-his-bag-smelled-of-pot-and-hes-not-alone/ ; Gary Leff, *If You Fly Chicago-Los Angeles, the Government Thinks You May Be a Drug Dealer (and Can Take All Your Money)*, View from the Wing (Oct. 31, 2015), http://viewfromthewing.boardingarea.com/ 2015/10/31/if-you-fly-chicago-los-angeles-the-government-thinks-you-may-be-a-drug-dealer-and-can-take-all-your-money/ ; Gary Leff, *Male Model Has $646,000 Confiscated at Airport*, View from the Wing (Sept. 13, 2015), http://viewfromthewing.boardingarea.com/2015/09/13/

2

male-model-has-646000-confiscated-at-airport/ ; Gary Leff, *Government Takes $44,000 Cash from Man at JFK, No Crimes Charged But He Can't Get it Back*, View from the Wing (July 7, 2015), http://viewfromthewing.boardingarea.com/2015/07/07/government-takes-44000-cash-from-man-at-jfk-no-crimes-charged-but-he-cant-get-it-back/.

9. My opinions below are based on this knowledge and my independent review of the 60 lowest advance-purchase economy one-way fares and 60 lowest economy roundtrip fares in the Cincinnati – Orlando market.

**There Is Nothing Suspicious About a One-Way Ticket from Cincinnati to Orlando.**

10. Any suggestion that booking one-way fares is in any way suspicious, uncommon, or anything other than a best practice for consumers betrays a fundamental misunderstanding of how airline fares have evolved over the past 15 years.

11. Although domestic airlines previously charged more for one-way tickets (and certainly for two one-way tickets) than for roundtrips, that changed with the growth and prominence of discount airlines like Southwest, Alaska Airlines, and other ultra-low-cost carriers that price their tickets one way. The largest U.S. airlines began to similarly adopt a one-way fare structure, at least in markets where they faced competition from discount and ultra-low-cost carriers.

12. As a result, while roundtrip fares that are cheaper than a combination of one-ways do still exist from some airlines and in some markets, that is no longer the rule in U.S. aviation. The cheapest Cincinnati – Orlando airfares are filed as one-way fares. For instance, Frontier Airlines currently files fare basis Z00DSS, which is $49.89 one-way and $99.78 (exactly double) round trip. American Airlines currently files fare basis OA21ZS, which is $80 one-way and $160 (exactly double) round trip.

13. There are two reasons why it is frequently the best practice to book two one-way tickets, even when traveling round trip, rather than booking a single round-trip ticket. First, it is easier to book one-way tickets on different airlines than combining two airlines on a single ticket. Some airlines, like American and Delta, no longer even have ticketing agreements to combine their flights on a single ticket. And low-cost carriers, like Allegiant, have never had such agreements. Booking two different airlines lets you take advantage of the lowest fare offered by each airline in each direction.

14. Second, if your plans are firm in one direction, you can take advantage of a sale fare while leaving flexibility for travel in the other direction. In contrast, if you book a roundtrip, you need your plans to be firm. If they are not, you risk a change fee greater than the value of the fare itself. As a result, throwing away a one-way ticket, rather than changing a ticket, can be the least expensive strategy. Take, for instance, two $100 one-way tickets. If you have to change your return, you throw away the $100 return ticket and buy a new ticket. If you booked a roundtrip, you either throw away the whole ticket ($200) or pay a $200 change fee (the standard domestic change fee charged by the three largest airlines in the United States) to change it. The amount you have lost doubles. You also risk a higher fare closer to the date of travel.

15. Thus, because of cost and convenience, it is simply no longer the reality that booking roundtrip tickets makes more sense than booking one-way tickets, or that buying one-way tickets is in any way unusual.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2016,

By: _____
Gary Leff