**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>v.<br><br>$11,000 IN UNITED STATES CURRENCY<br><br>        Defendant,<br><br>and<br><br>CHARLES L. CLARKE, II<br><br>        Claimant. | Civil Action No. 2:14-cv-00125-WOB-JGW<br><br>**ORDER GRANTING CLAIMANT'S MOTION TO SUPPRESS CELL PHONE EVIDENCE** |

**THIS MATTER** is before the Court on "Claimant's Motion to Suppress Cell Phone Evidence" filed by Claimant Charles L. Clarke, II on March 10, 2016. After considering the reasons set forth therein, Claimant's motion to suppress cell phone evidence is **GRANTED**.

**IT IS THEREFORE ORDERED** that:

All evidence obtained from Claimant's cell phone will be suppressed and excluded at summary judgment and trial.