```
                                                                  1

 1                    UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF KENTUCKY
 2                   NORTHERN DIVISION AT COVINGTON

 3
     UNITED STATES OF AMERICA,        :   Docket No. CV 14-125
 4                                    :
                     Plaintiff,       :   Covington, Kentucky
 5                                    :   Friday, March 11, 2016
              versus                  :   11:00 a.m.
 6                                    :
     $11,000 in United States         :
 7   currency,                        :
                                      :
 8                   Defendant.       :

 9                             - - -

10              TRANSCRIPT OF TELEPHONE CONFERENCE
            BEFORE MAGISTRATE JUDGE J. GREGORY WEHRMAN
11
                               - - -
12   APPEARANCES:

13   For the United States:       BRANDON L. FYFFE, ESQ.
                                  DAVID Y. OLINGER, JR., ESQ.
14                                U.S. Attorney's Office
                                  260 W. Vine Street, Suite 300
15                                Lexington, KY 40507-1612

16   For the Claimant:            DARPANA SHETH, ESQ.
                                  RENEE FLAHERTY, ESQ.
17                                Institute for Justice
                                  901 N. Glebe Road, Suite 900
18                                Arlington, VA 22203-1854

19                                CHRISTOPHER D. WIEST, ESQ.
                                  Christopher Wiest,
20                                Attorney at Law, PLLC
                                  25 Town Center Boulevard Suite 104
21                                Crestview Hills, KY 41017

22   Court Reporter:              JOAN LAMPKE AVERDICK, RMR-CRR
                                  Official Court Reporter
23                                35 W. Fifth Street
                                  Covington, KY 41011
24                                (859) 291-9666
          Proceedings recorded by mechanical stenography,
25   transcribed by computer.
```

| | | |
|---|---|---|
| 1:01AM | 1 | (Proceedings commenced at 11:00 a.m.) |
| 1:01AM | 2 | THE COURT: All right. Good morning, Counsel. This |
| 1:01AM | 3 | is Judge Wehrman. |
| 1:01AM | 4 | MR. FYFFE: Good morning, Your Honor. |
| 1:01AM | 5 | MR. OLINGER: Good morning, Your Honor. |
| 1:01AM | 6 | THE COURT: Counsel, I have a court reporter so I'll |
| 1:01AM | 7 | ask everyone to please enter their appearance, starting with |
| 1:01AM | 8 | the United States. |
| 1:01AM | 9 | MR. FYFFE: Brandon Fyffe for the United States. |
| 1:01AM | 10 | THE COURT: Okay. |
| 1:01AM | 11 | MR. OLINGER: David Olinger. |
| 1:01AM | 12 | THE COURT: David Olinger. Okay. Go ahead. |
| 1:01AM | 13 | MS. SHETH: Darpana Sheth for claimant. And we also |
| 1:02AM | 14 | have Renee Flaherty for the plaintiffs. |
| 1:02AM | 15 | MR. CAVEDON: Matthew Cavedon for plaintiff. |
| 1:02AM | 16 | THE COURT: Just a minute. Sir, Matthew, you'll have |
| 1:02AM | 17 | to spell your last name. |
| 1:02AM | 18 | MR. CAVEDON: C-a-v-e-d-o-n. |
| 1:02AM | 19 | THE COURT: One more time. |
| 1:02AM | 20 | MR. CAVEDON: C as in Charlie, A as in alpha, V like |
| 1:02AM | 21 | Victor, E as in echo, D as in dog, O as in Oscar, N as in |
| 1:02AM | 22 | Nancy. |
| 1:02AM | 23 | THE COURT: Okay. Thank you. |
| 1:02AM | 24 | MR. CAVEDON: You're welcome, Your Honor. |
| 1:02AM | 25 | MS. SHETH: And we also have our paralegal. |

| | | |
|---|---|---|
| 1:02AM | 1 | THE COURT:  All right. |
| 1:03AM | 2 | MR. WIEST:  Your Honor, Christopher Wiest for the |
| 1:03AM | 3 | plaintiff. |
| 1:03AM | 4 | THE COURT:  Christopher Wiest for the plaintiff. |
| 1:03AM | 5 | MR. WIEST:  Yes, Your Honor. |
| 1:03AM | 6 | THE COURT:  All right.  I'm sorry, somebody else? |
| 1:03AM | 7 | All right.  Counsel, I've asked you to attend this |
| 1:03AM | 8 | conference call this morning.  It's not going to be very long, |
| 1:03AM | 9 | but I want to express some opinions here and also rule on the |
| 1:03AM | 10 | pending motion to compel. |
| 1:03AM | 11 | This case has been around for quite some time now, and |
| 1:03AM | 12 | it's a rather fairly routine forfeiture case, although the |
| 1:03AM | 13 | issues that have been raised have been eagerly engaged in by |
| 1:03AM | 14 | counsel. |
| 1:03AM | 15 | The discovery deadline unfortunately has been extended |
| 1:03AM | 16 | five times in the case, which is most unusual.  The United |
| 1:04AM | 17 | States filed its first motion to compel, which is the motion |
| 1:04AM | 18 | we're hearing and arguing now, I believe it was February 1st; |
| 1:04AM | 19 | but whatever date it was, it was the last day of discovery. |
| 1:04AM | 20 | And so I've put on an order, as you know, denying the motion |
| 1:04AM | 21 | without prejudice, but telling Counsel because that motion did |
| 1:04AM | 22 | not comply with local rule 37.1 because there had been |
| 1:04AM | 23 | apparently no efforts at all to extra-judicially resolved the |
| 1:04AM | 24 | dispute, I was intending to send the message to both sides to |
| 1:04AM | 25 | get this matter resolved if you could and to comply with the |

| | | |
|---|---|---|
| 1:04AM | 1 | rules, which was the United States' obligation.  And that |
| 1:05AM | 2 | obviously didn't occur.  And so the motion now pending was |
| 1:05AM | 3 | filed after the discovery deadline. |
| 1:05AM | 4 | What was troubling to me, Counsel, was the fact that the |
| 1:05AM | 5 | United States issued discovery requests for very similar |
| 1:05AM | 6 | financial information in December of 2014 and again in August |
| 1:05AM | 7 | of 2015, and there were objections by the claimant, but the |
| 1:05AM | 8 | United States filed nothing.  Did nothing in response to those |
| 1:05AM | 9 | objections. |
| 1:05AM | 10 | And now that the discovery period has past and the matter |
| 1:05AM | 11 | is coming up on dispositive motions deadlines, it's time to |
| 1:06AM | 12 | get the case tried or resolved one way or another.  So for |
| 1:06AM | 13 | that reason, I am denying the motion to compel. |
| 1:06AM | 14 | Counsel, in no way do I intend this ruling to be an |
| 1:06AM | 15 | inference of the ruling on the merits of the discovery |
| 1:06AM | 16 | request.  Quite to the contrary, as a matter of fact.  But at |
| 1:06AM | 17 | some point, the Rules of Procedure need to have some meaning, |
| 1:06AM | 18 | and I'm giving those rules a meaning today by this ruling. |
| 1:06AM | 19 | So there are avenues available to both sides from this |
| 1:06AM | 20 | order.  I will not discuss those avenues as, Counsel, you |
| 1:07AM | 21 | should know the avenues as far as appeals are concerned, and |
| 1:07AM | 22 | any other matter that you may think worthy of further drafting |
| 1:07AM | 23 | in this case. |
| 1:07AM | 24 | Okay.  Now, one other matter.  I believe the claimants |
| 1:07AM | 25 | yesterday filed a motion to suppress; is that correct? |

5

1:07AM 1    MS. SHETH: That's correct, Your Honor.

1:07AM 2    THE COURT: Judge Bertelsman will be handling that
1:07AM 3    motion, not me. Just so everybody knows.

1:07AM 4       Okay. All right, Counsel. Any questions from anyone?

1:07AM 5    MS. SHETH: One question just for procedure, in light
1:07AM 6    of our summary judgment deadline. That's next week, on
1:07AM 7    Thursday. Claimants intend to file a couple things under
1:07AM 8    seal. We looked at the rule. I didn't think we found
1:07AM 9    anything, but is there a particular procedure we could follow
1:08AM 10   for that?

1:08AM 11   THE COURT: You will need an order to file it under
1:08AM 12   seal.

1:08AM 13   MS. SHETH: Okay. We file a motion to file under
1:08AM 14   seal?

1:08AM 15   THE COURT: Yes. Of course you need -- I'm sure you
1:08AM 16   understand this. You notify the United States as to what
1:08AM 17   documents you want under seal so the United States has an
1:08AM 18   opportunity to agree or object, either way.

1:08AM 19   MS. SHETH: Right. This is all pursuant to our
1:08AM 20   protective order.

1:08AM 21   THE COURT: Yeah. Okay.

1:08AM 22   MS. SHETH: Okay.

1:08AM 23   THE COURT: All right, Counsel. Thank you very much.

1:08AM 24   MS. SHETH: Thank you.

1:08AM 25   MR. FYFFE: Thank you, Your Honor.

```
1:08AM   1            MR. OLINGER:  Thank you, Your Honor.
1:08AM   2            THE COURT:  All right.
1:08AM   3        (Proceedings concluded at 11:08 a.m.)
         4                         - - -
         5                     C E R T I F I C A T E
         6            I, JOAN LAMPKE AVERDICK, RMR-CRR, certify that
              the foregoing is a correct transcript from the record of
         7    proceedings in the above-entitled case.
         8    \s\ Joan Lampke Averdick              March 21, 2016
              JOAN LAMPKE AVERDICK, RMR-CRR        Date of Certification
         9    Official Court Reporter
```