# Exhibit B

# Exhibit A

# DEA 6 Summary Report

# 8 pages

USA00001

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | | | Page 1 of 8 |
|---|---|---|---|

| 1. Program Code | 2. Cross File    Related Files | 3. File No.<br>I9-14-0047 | 4. ██████████<br>████ |
|---|---|---|---|
| 5. By: William T Conrad, TFO<br>  At: Cincinnati RO | ☐<br>☐<br>☐<br>☐<br>☐ | 6. File Title<br>CLARKE, Charles | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>  ☐ Action Requested By: | | 8. Date Prepared<br>  02-18-2014 | |

9. Other Officers:

10. Report Re: Summary Report

**DEFENDANTS** Charles Lowell CLARKE II (Not Arrested)

1609 Long Ridge Ct

Orlando, FL, 32807

**VIOLATIONS** Title 21 USC 881

**JUDICIAL DISTRICT** Eastern District of Kentucky

**DATE/TIME/PLACE** On February 17, 2014, at approximately 2:30 p.m., at A Concourse, at the Cincinnati / Northern Kentucky International Airport.

| 11. Distribution:<br>  Division<br><br>  District<br><br>  Other | 12. Signature (Agent)<br><br>  William T Conrad, TFO | 13. Date<br>03-06-2014 |
|---|---|---|
| | 14. Approved (Name and Title)<br>  /s/ Jeff M Eig, GS | 15. Date<br>03-08-2014 |

DEA Form       - 6
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA00002

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br><br>*(Continuation)* | 1. File No.<br>I9-14-0047 | 2. ▮▮▮▮▮▮▮<br>▮▮▮▮▮ |
|---|---|---|
| | 3. File Title<br>CLARKE, Charles | |
| 4.<br>**Page  2  of  8** | | |
| 5. Program Code | 6. Date Prepared<br>02-18-2014 | |

**EXHIBITS**

1. Exhibit N-1a is $11,000.00 of U.S Currency seized from Charles CLARKE at the Cincinnati/Northern Kentucky International Airport during a consensual encounter.

2. Exhibit N-1b is described as SSEE# S000010158 and SSEE# EM000181532 that previously contained the U.S. Currency seized from CLARKE.

3. Exhibit N-1c is described as photographs that were taken of the U.S. Currency that was seized from CLARKE during the consensual encounter.

**DEFENDANTS**

Exhibit N-1a is $11,000.00 of U.S Currency

**WITNESSES** TFO William Conrad and Cin/NKY Airport Police Det. Boyd.

---

DEA Form      - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA00003

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. I9-14-0047 | 2. ▓▓▓▓▓▓ |
|---|---|---|
| *(Continuation)* | 3. File Title CLARKE, Charles | |
| 4. **Page  3  of  8** | | |
| 5. Program Code | 6. Date Prepared 02-18-2014 | |

## DETAILS

1. On 02-17-2014, Agents from the Cincinnati RO and Detectives from the Cincinnati/Northern Kentucky Airport Police Department (Airport Police) received a call from an agent at U.S. Airlines in reference to Charles CLARKE.  CLARKE had checked in for his flight from Cincinnati, OH (CVG), to Orlando, FL (MCO), and his luggage smelled strongly of the odor of marijuana.

2. TFA Conrad and his K-9 partner, Joey, responded to the check-in area along with Det. Boyd of the Airport Police Department to examine the luggage.  TFA Conrad and PSD Joey examined two pieces of luggage and PSD Joey gave a positive indication for the presence of the odor of narcotics on the luggage. (AGENTS NOTE:  During the course of the investigation the luggage was opened and no narcotics were located however there was a strong odor of marijuana on the luggage as well as the contents.)

3. TFO Conrad and Det. Boyd proceeded to A Concourse, Gate 15, to await the departure of US Airways flight from CVG to MCO.  Prior to arriving at the gate, Det. Boyd contacted his dispatch center and, utilizing CLARKE's information, requested a criminal history check for CLARKE.  CLARKE did have a positive history for Robbery.

4. Prior to CLARKE attempting to board the airplane, Det. Boyd observe a subject matching the general description of CLARKE sitting in the terminal area.  TFA Conrad and Det. Boyd approached CLARKE, identified themselves as police officers, and asked for permission to speak with CLARKE.  CLARKE agreed.  CLARKE was sitting in the gate area next to the jet-way, free to walk away at any time.

---

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA00004

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. I9-14-0047 | 2. ▮▮▮▮▮▮ |
|---|---|---|
| *(Continuation)* | 3. File Title CLARKE, Charles | |
| 4. Page  4  of  8 | | |
| 5. Program Code | 6. Date Prepared 02-18-2014 | |

5. TFA Conrad asked CLARKE where he (CLARKE) was flying to and CLARKE stated Orlando, FL (MCO).  When asked the reason for travel, CLARKE stated that he lives in Orlando and goes to school at Central Florida State.  TFA Conrad asked CLARKE's reason for being in Cincinnati, OH, and CLARKE stated that he was visiting relatives in the area and that he had been in Cincinnati since December.

6. TFA Conrad advised CLARKE that he and the other officer belong to an interdiction group at the airport, and then asked if CLARKE had any narcotics, weapons or large amounts of currency on him or in his luggage. CLARKE stated that he did have currency, but did not elaborate on how much or where it was located. TFA Conrad asked CLARKE for consent to look in CLARKE's carry-on bag and to also check CLARKE's person and CLARKE stated "Yes".  Det. Boyd started the search of CLARKE's carry-on luggage while TFA Conrad continued to talk to CLARKE. (NOTE: After the search of the carry-on bag Det. Boyd noted the strong smell of marijuana coming from the bag).

7. TFA Conrad asked CLARKE where the currency was located and CLARKE stated that it was in his pocket.  TFA Conrad asked CLARKE to remove the currency so that he (TFA Conrad) could verify the amount of currency. CLARKE removed the currency from the right cargo pocket of his camouflage pants and placed the currency on the small table between himself (CLARKE) and TFA Conrad.

8 TFA Conrad then asked CLARKE if he was employed and CLARKE stated that he was not currently employed, however he stated that he is a student at CFS.  CLARKE stated that he was previously employed with Levi Jeans.  TFA Conrad asked where the currency came from and CLARKE stated that his mother is disabled from the military and that he receives money from the government because of that fact.  CLARKE refused to give his mother's name so that the information could be verified.

---

DEA Form     - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA00005

**U.S. Department of Justice**
Drug Enforcement Administration

| | | 1. File No. <br> I9-14-0047 | 2. ▮▮▮▮▮▮ |
|---|---|---|---|
| **REPORT OF INVESTIGATION** <br> *(Continuation)* | | 3. File Title <br> CLARKE, Charles | |
| 4. <br> **Page   5   of   8** | | | |
| 5. Program Code | | 6. Date Prepared <br> 02-18-2014 | |

9. TFA Conrad explained to CLARKE that his luggage smelled strongly of marijuana and asked if CLARKE had a reason for the odor.  CLARKE did not have an answer at first, however after some thought CLARKE stated that he must have smoked marijuana in the vehicle on the way to the airport.

10. As TFA Conrad began to fill out the receipt and explained to CLARKE what was going to happen, CLARKE clamped his hand down on the currency and told TFA Conrad that he was not going to take the currency.  TFA Conrad explained the situation again and advised CLARKE that the currency was going to be seized.  CLARKE became irate yelling at TFA Conrad and Det. Boyd.  After a period of time Det. Boyd advised CLARKE again that the currency was going to be seized and reached for the currency at which time CLARKE grabbed Det. Boyd by the wrist and pushed him away from the currency.  Det. Boyd advised CLARKE that he was under arrest and attempted to place handcuffs on CLARKE.  A short struggle ensued and CLARKE was eventually arrested and charged with Assault 3rd on a Police Officer, Resisting Arrest and Disorderly Conduct.

11. The currency was then placed into SSEE# S000010158, the top was signed by CLARKE and SSEE# S000010158 was then sealed in front of CLARKE.  A photograph was taken of CLARKE with the sealed SSEE on his lap.  SSEE# S000010158 was then transported back to the Airport Police Department for processing.  The seized currency was removed from the evidence bag and placed behind a filing cabinet in the Special Operations Office to have the currency examined by Narcotic K-9 Handler Bill Conrad and his K-9 partner "Joey."  "Joey" showed a positive indication to the seized currency for the presence of a narcotic odor.

12. Several mitigating factors led to Officers establishing probable cause that the U.S. Currency which Charles CLARKE carried was proceeds from

---

DEA Form       - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA00006

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. |
|---|---|---|
| *(Continuation)* | I9-14-0047 | ████ |
| | 3. File Title | |
| | CLARKE, Charles | |
| 4.<br>**Page   6   of   8** | | |
| 5. Program Code | 6. Date Prepared | |
| | 02-18-2014 | |

drug-related activities.  These mitigating factors include: the facts that CLARKE was unable to provide any paperwork or documentation of where the currency originated, CLARKE purchasing his ticket one day prior to his travel and CLARKE's 3 pieces of luggage smelling strongly of marijuana.

Brinks count showed the following denominations of U.S. Currency seized from CLARKE:

Exhibit N-1a (Money seized from CLARKE' person)

         22   x $10.00 Bills =  $220.00
         389  x $20.00 Bills =  $7,780.00

         32   x $50.00 Bills =  $1,600.00

         14   x $100.00 Bills = $1,400.00


TOTAL AMOUNT SEIZED = $11,000.00


**CUSTODY OF EVIDENCE**


1. Exhibit N-1a, described as $11,000.00 in U.S. Currency that was found during a consensual encounter with CLARKE, and seized by TFA Conrad.  The seized currency was placed into an evidence bags and transported back to the Airport Police Department for processing.  The

---

**DEA** Form    - 6a
(Jul. 1996)

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to w hich loaned.

Previous edition dated 8/94 may be used.

USA00007

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. | 2. |
|---|---|---|
| *(Continuation)* | I9-14-0047 | ▮▮▮▮▮ |
| | 3. File Title | |
| | CLARKE, Charles | |
| 4.<br>**Page   7   of   8** | | |
| 5. Program Code | 6. Date Prepared | |
| | 02-18-2014 | |

seized currency was removed from the evidence bags and placed in the
Special Operations Office to have the currency examined by Narcotic K-9
Handler Bill Conrad and his K-9 partner "Joey".  "Joey" showed a positive
indication to the seized currency for the presence of a narcotic odor.
TFA William Conrad and TFA Eli Sautter then placed Exhibit N-1a into SSEE#
EM000181532 and transported Exhibit N-1a to the Cincinnati RO where they
were transferred to HVSRMC Jan Bradley via DEA-12.  On February 19, 2014,
TFA Rick Bernecker and TFA William Conrad retrieved Exhibit N-1a from
HVSRMC and transported it to Brinks Cincinnati where it was counted
and deposited into the U.S. Marshals' account.  TFA Conrad maintained
complete care, control and custody of Exhibit N-1a until it was
transferred to the U.S. Marshals via Brinks.


2. Exhibit N-1b is described as photographs that were taken of the U.S.
Currency that was seized from CLARKE during the consensual encounter.  On
02-21-14, TFA Conrad retrieved the photographs from the Airport Police
Department which were subsequently identified as Exhibit N-1b.  Exhibit N-
1b was transported back to Cincinnati RO and placed into an evidence bag
and sealed, as witnessed by TFA Sautter.  TFA Conrad maintained complete
care, control and custody of Exhibit N-1b until it was transferred to the
NDEC for safekeeping.


3. Exhibit N-1c, described as SSEE# S000010158 and EM000181532 that
previously contained the U.S. Currency seized from CLARKE.  The SSEE#
S000010158 and EM000181532 were subsequently identified as Exhibit N-
1c.  Exhibit N-1c was transported from Brinks back to Cincinnati RO and
placed into and evidence bag and sealed, as witnessed by TFA Eli
Sautter.  TFA Conrad maintained complete care, control and custody of
Exhibit N-1c until it was transferred to the NDEC for safekeeping.

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U.S. Department of Justice**
Drug Enforcement Administration

| **REPORT OF INVESTIGATION**<br>*(Continuation)* | 1. File No.<br>I9-14-0047 | 2. ▮▮▮▮ |
|---|---|---|
| | 3. File Title<br>CLARKE, Charles | |
| 4.<br>**Page   8   of   8** | | |
| 5. Program Code | 6. Date Prepared<br>02-18-2014 | |

**INDEXING**

1. CLARKE, Charles - ▮▮▮▮▮▮▮▮ – DOB 11/20/1991, MALE, Black, HEIGHT 6'00" WEIGHT 140, Address   1609 Long Ridge Ct, Orlando, FL, 32807.  On 2/17/2014 members of the Cincinnati RO and Cincinnati/Northern Kentucky Airport Police seized $11,000.00 in United States Currency from CLARKE during an encounter at A Concourse, Gate 15 at the Cincinnati/Northern Kentucky Airport.

**DEA SENSITIVE**
**Drug Enforcement Administration**

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

USA00009