# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# AT COVINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br>　v.<br><br>$11,000 IN UNITED STATES CURRENCY<br><br>　　　　Defendant,<br><br>and<br><br>CHARLES L. CLARKE, II<br><br>　　　　Claimant. | Civil Action No. 2:14-cv-00125-WOB-JGW<br><br>**AGREED ORDER TO FILE REPLY IN SUPPORT OF CLAIMANT'S MOTION TO SUPPRESS CELL PHONE EVIDENCE** |

　　　　Pursuant to Joint Local Rule 7.1(b), Claimant Charles L. Clarke, II and Plaintiff United States have agreed that Claimant will have until Monday, April 25, 2016 to file a reply memorandum in support of Claimant's Motion to Suppress Cell Phone Evidence, ECF No. 67. Under Joint Local Rule 7.1(c) and Federal Rule of Civil Procedure 6(d), the reply is currently due on Thursday, April 21, 2016.

　　　　**IT IS THEREFORE ORDERED** that Claimant may file a Reply in Support of Claimant's Motion to Suppress Cell Phone Evidence by April 25, 2016.


DATED this ___ day of _____, 2016.


　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Judge Wehrman

Submitted by:

/s/ Darpana M. Sheth
Darpana M. Sheth*
Renée D. Flaherty*
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Phone: (703) 682-9320
Fax: (703) 682-9321
Email: dsheth@ij.org
rflaherty@ij.org
*Admitted pro hac vice.

/s/ Christopher D. Wiest
Christopher D. Wiest (KBA 90725)
Chris Wiest, Attorney at Law, PLLC
25 Town Center Blvd., Suite 104
Crestview Hills, KY 41017
Mobile: (513) 257-1895
Fax: (859) 495-0803
Email: chris@cwiestlaw.com

*Attorneys for Claimant*

KERRY B. HARVEY
UNITED STATES ATTORNEY

By: /s/ Brandon L. Fyffe
Brandon L. Fyffe
David Y. Olinger
Assistant United States Attorneys
260 West Vine Street, Suite 300
Lexington, KY 40507
Tel: (859) 233-2661
Fax: (859) 233-2658
Email: david.olinger@usdoj.gov
brandon.fyffe@usdoj.gov

*Attorneys for the United States*