Case: 2:14-cv-00125-WOB-JGW Doc #: 35 Filed: 12/20/16 Page: 1 of 1 - Page ID#: 526

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | DEC 2 0 2016 | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>2:14-cv-125-WOB-JGW |
|---|---|
| DEFENDANT<br>$11,000.00 in United States Currency | TYPE OF PROCESS<br>Stipulation of Dismissal |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$11,000.00 in US currency--14-DEA-594401
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Eastern District of Kentucky
FILED
DEC 2 0 2016
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| David Y. Olinger, Jr.<br>Assistant United States Attorney<br>260 West Vine Street, Suite 300<br>Lexington KY 40507 | Number of process to be served with this Form 285<br><br>Number of parties to be served in this case<br><br>Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                         Fold

return seized cash

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>859-685-4896 | DATE<br>12/1/16 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 32 | District to Serve<br>No. 32 | Signature of Authorized USMS Deputy or Clerk | Date<br>12/01/2016 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (complete only different than shown above) | Date 12/9/16  Time  ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>$68.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>$68.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$68.00 |
|---|---|---|---|---|---|

REMARKS:
Funds returned on : 12/7/16

| PRINT 5 COPIES: | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 12/15/80<br>Automated 01/00 |
|---|---|---|